# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Maurice Harrell, | : |
| Plaintiff, | : |
| v. | : Civil Case No.: 3:20-cv-00218-SAL |
| BMW of North America, LLC, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without fees or costs to any party. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

Dated June 16, 2022

| | |
|---|---|
| Maurice Harrell | BMW of North America, LLC |
| | |
| */s/ Lawrence B. Serbin*_____ | */s/ Sarah Specter Powell*_____ |
| Lawrence B. Serbin | Sarah Specter Powell |
| The Law Offices of Jason E. Taylor P.C. | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 301 S. McDowell Street, Suite 1016 | 151 Meeting Street / Sixth Floor |
| Charlotte, NC 28204 | P.O. Box 1806 (29402-1806) |
| Telephone: (800) 351-3008 | Charleston, SC 29401 |
| Facsimile: (704) 676-1094 | Telephone: (843) 853-5200 |
| E-mail: lserbin@jasonetaylor.com | E-mail: Sarah.Powell@nelsonmullins.com |
| | |
| -and- | -and- |

Vlad Hirnyk, Esq.
Appearing *Pro Hac Vice*
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: VHirnyk@lemberglaw.com

*Attorneys for Plaintiff*

Sara E. Thompson, Esq.
Appearing *Pro Hac Vice*
BIEDERMANN HOENIG SEMPREVIVO
One Grant Central Place
42 East 42nd Street, 36th Floor
New York, NY 10165
Telephone: (646) 218-7560
Facsimile: (646) 218-7510
E-mail: sara.thompson@lawbhs.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 16, 2022, a true and correct copy of the foregoing has been filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I further certify that I mailed the foregoing document by first class mail to all non-CM/ECF participants.

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Lawrence B. Serbin*
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence B. Serbin